United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MONTE P. DAUER; and MARCI D. DAUER, ) | Case No.: 12-CV-03330-LHK |
| ) | |
| Plaintiffs, ) | |
| v. ) | ORDER TO SHOW CAUSE WHY CASE |
| ) | SHOULD NOT BE DISMISSED FOR |
| NATIONAL CITY BANK; and PNC BANK, ) | FAILURE TO PROSECUTE |
| National Association, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

Plaintiffs Monte P. Dauer and Marci D. Dauer ("the Plaintiffs") filed their complaint on June 28, 2012. *See* ECF No. 1. On August 8, 2012, Defendant PNC Bank, National Association ("PNC") filed a motion to dismiss the Plaintiffs' complaint. *See* ECF No. 5. Pursuant to Civil Local Rule 7-3(a), the Plaintiffs' opposition to the motion to dismiss was due on August 22, 2012. On August 22, 2012, the Plaintiffs filed a notice of lis pendens. *See* ECF No. 7. This notice was not responsive to PNC's motion to dismiss. *Compare* ECF No. 5 *with* ECF No. 7. As of today, October 15, 2012, the Plaintiffs have not filed an opposition or statement of nonopposition to PNC's motion to dismiss.

The Court hereby ORDERS the Plaintiffs to show cause why this case should not be dismissed for failure to prosecute. This Order does not authorize the Plaintiffs to file an untimely opposition to PNC's motion to dismiss. The Plaintiffs have until Friday, November 2, 2012, to file

1

Case No.: 12-CV-03330-LHK
ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE

a response to this Order to Show Cause.  The November 8, 2012 case management conference and hearing on PNC's motion to dismiss are vacated.  Instead, a hearing on this Order to Show Cause is set for **Thursday, November 8, 2012, at 1:30 P.M.**  The Plaintiffs' failure to respond to this Order and to appear at the November 8, 2012 hearing will result in dismissal of this case with prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: October 15, 2012

_____
LUCY H. KOH
United States District Judge