1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

MONTE P. DAUER; and MARCI D. DAUER,      )      Case No.: 12-CV-03330-LHK
                                         )
12                     Plaintiffs,       )
          v.                             )      ORDER DECLINING TO DISMISS
13                                       )      PLAINTIFFS' CASE
    NATIONAL CITY BANK; and PNC BANK,    )
14  National Association,                 )
                                         )
15                     Defendants.       )
                                         )
16  _____ )

17        On October 15, 2012, this Court issued an Order to Show Cause requiring Plaintiffs Monte

18  P. Dauer ("Mr. Dauer") and Marci D. Dauer (collectively, "Plaintiffs") to show cause, by

19  November 2, 2012, why their case should not be dismissed.  ECF No. 8.  The Court's Order was

20  based on Plaintiffs' failure to file an opposition or statement of nonopposition to the motion to

21  dismiss filed by Defendant PNC Bank, N.A. ("PNC") on August 8, 2012.  *See id.*  Pursuant to Civil

22  Local Rule 7-3(a), Plaintiffs' opposition to the motion to dismiss was due on August 22, 2012.  As

23  of October 15, 2012, Plaintiffs had not filed an opposition or statement of nonopposition to PNC's

24  motion to dismiss.  The Court's Order did not authorize Plaintiffs to file an untimely opposition to

25  PNC's motion to dismiss.  *See id.*

26        On November 2, 2012, Plaintiffs filed their response to the Order to Show Cause.  *See* ECF

27  No. 9.  Plaintiffs' response explains that Plaintiffs are proceeding pro se, and that Plaintiffs

28  mistakenly believed that the deadline to file their opposition was 15 days before the case

United States District Court
For the Northern District of California

1

management conference and motion hearing set for November 8, 2012, i.e. October 24, 2012. *See id.* The Plaintiffs "beg the [C]ourt" to allow the case to proceed. *Id.*

Mr. Dauer appeared pro se at the hearing on the Court's Order to Show Cause on November 8, 2012, at 1:30 p.m. Joshua Bryan appeared on behalf of PNC.

The Court declines to dismiss Plaintiffs' case at this time in light of the facts that: (1) Plaintiffs filed a timely response to the Court's Order to Show Cause; (2) Mr. Dauer appeared at the hearing on the Order to Show Cause; and (3) Plaintiffs are proceeding pro se.

The Court referred Plaintiffs to the Federal Legal Assistance Self-Help Center ("FLASH") at the San Jose Courthouse. The telephone number for FLASH is (408) 297-1480.

At the November 8, 2012 hearing, Mr. Dauer stated that Plaintiffs could file their opposition to PNC's motion to dismiss by November 19, 2012. Accordingly, the Court set the deadline for Plaintiffs to file their opposition on **Monday, November 19, 2012**. In light of the Thanksgiving holiday, the Court set the deadline for PNC to file its reply on **Thursday, November 29, 2012**. The Court set the hearing on PNC's motion to dismiss and a case management conference on **Thursday, January 10, 2013, at 1:30 p.m., in courtroom 8**.

At the November 8, 2012 hearing, the Court also addressed Plaintiffs' motion for leave to proceed in forma pauperis. *See* ECF No. 2. Mr. Dauer stated that he had mistakenly listed his annual income as his monthly income, thereby overstating his income by a factor of twelve. The Court ordered Mr. Dauer to file an amended motion for leave to proceed in forma pauperis. Mr. Dauer stated that he could file an amended motion by November 9, 2012. Accordingly, the Court set the deadline for Plaintiffs to file their amended motion on **Friday, November 9, 2012**.

**IT IS SO ORDERED.**

Dated: November 8, 2012

_Lucy H. Koh_
_____
LUCY H. KOH
United States District Judge

Case No.: 12-CV-03330-LHK
ORDER DECLINING TO DISMISS PLAINTIFFS' CASE

*United States District Court*
*For the Northern District of California*