

GRANTED
Lucy H. Koh
Judge Lucy H. Koh

Brian H. Gunn (SBN 192594)
bhgunn@wolfewyman.com
Joshua M. Bryan (SBN 225230)
jmbryan@wolfewyman.com
WOLFE & WYMAN LLP
2175 N. California Blvd., Suite 645
Walnut Creek, California 94596-3502
Telephone: (925) 280-0004
Facsimile: (925) 280-0005

Attorneys for Defendant
PNC BANK, N.A.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| MONTE P. DAUER, In Proper Persona<br>MARCI D. DAUER, In Proper Persona,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>NATIONAL CITY BANK,<br><br>　　　　　Defendants. | Case No.: 5:12-cv-03330 LHK<br><br>**REQUEST FOR TELEPHONIC APPEARANCE BY PNC BANK, N.A. AT PNC'S MOTION TO DISMISS COMPLAINT AND CASE MANAGEMENT CONFERENCE**<br><br>Date:　January 10, 2013<br>Time:　1:30 p.m.<br>Place:　Courtroom 8 – 4th Floor<br>Hon. Lucy H. Koh |

Pursuant to Judge Koh's Scheduling Notes and our understanding, Defendant PNC BANK, N.A. ("PNC") hereby requests permission to appear telephonically for the hearing on PNC's motion to dismiss Plaintiffs' complaint and the case management conference, both occurring on January 10, 2013 at 1:30 p.m. in the above-referenced Court. This request is made in the interests of economy and efficiency in order to avoid the expense to our client of a personal appearance by counsel, which would require travel from our office in Walnut Creek, CA.

DATED: January 2, 2013　　　　　　　　WOLFE & WYMAN LLP

　　　　　　　　　　　　　　　　　　　By: /s/ Joshua M. Bryan  SBN 225230
　　　　　　　　　　　　　　　　　　　　　BRIAN H. GUNN
　　　　　　　　　　　　　　　　　　　　　JOSHUA M. BRYAN
　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　PNC BANK, N.A.

1
REQUEST FOR TELEPHONIC APPEARANCE – CASE NO. 5:12-CV-03330 LHK