

1  Brian H. Gunn (SBN 192594)
   bhgunn@wolfewyman.com
2  Joshua M. Bryan (SBN 225230)
   jmbryan@wolfewyman.com
3  WOLFE & WYMAN LLP
   2175 N. California Blvd., Suite 645
4  Walnut Creek, California 94596-3502
   Telephone: (925) 280-0004
5  Facsimile:  (925) 280-0005

6  Attorneys for Defendant
   PNC BANK, N.A.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MONTE P. DAUER, In Proper Persona<br>MARCI D. DAUER, In Proper Persona,<br><br>        Plaintiffs,<br><br>v.<br><br>NATIONAL CITY BANK,<br><br>        Defendants. | Case No.: 5:12-cv-03330 LHK<br><br>**REQUEST FOR TELEPHONIC APPEARANCE BY PNC BANK, N.A. AT PNC'S MOTION TO DISMISS COMPLAINT AND CASE MANAGEMENT CONFERENCE**<br><br>Date:   January 10, 2013<br>Time:   1:30 p.m.<br>Place:  Courtroom 8 – 4th Floor<br>Hon. Lucy H. Koh |

Pursuant to Judge Koh's Scheduling Notes and our understanding, Defendant PNC BANK, N.A. ("PNC") hereby requests permission to appear telephonically for the hearing on PNC's motion to dismiss Plaintiffs' complaint and the case management conference, both occurring on January 10, 2013 at 1:30 p.m. in the above-referenced Court. This request is made in the interests of economy and efficiency in order to avoid the expense to our client of a personal appearance by counsel, which would require travel from our office in Walnut Creek, CA.

DATED: January 2, 2013           WOLFE & WYMAN LLP

                                 By: /s/ Joshua M. Bryan  SBN 225230
                                     BRIAN H. GUNN
                                     JOSHUA M. BRYAN
                                 Attorneys for Defendant
                                 **PNC BANK, N.A.**

1

REQUEST FOR TELEPHONIC APPEARANCE – CASE NO. 5:12-CV-03330 LHK

1277152.1